IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01828-AP

PAUL SMITH,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

|  |  |
|---|---|
|  | For Plaintiff: |
|  | Michael W. Seckar |
|  | 402 W. 12th Street |
|  | Pueblo, CO 81003 |
|  | Tel. (719) 543-8636 |
|  | Fax (719) 543-8403 |
|  | seckarlaw@mindspring.com |
|  |  |
|  | For Defendant: |
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
|  | Office of the General Counsel |
| J. Benedict Garcia | Social Security Administration |
| Assistant United States Attorney | 1961 Stout Street, 4169 |
| District of Colorado | Denver, Colorado 80294-4003 |
|  | Tel. (303) 844-0815 |
|  | Fax (303) 844-0770 |
|  | stephanie.kiley@ssa.gov |

- 1 -

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed:    **July 11, 2013**

    B.    **Date Complaint Was Served on U.S. Attorney's Office: September 5, 2013**

    C.    Date Answer and Administrative Record Were Filed:    **November 1, 2013**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state to the best of their knowledge the record is adequate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties state to the best of their knowledge that the record is complete.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state to the best of their knowledge that this case does not raise unusual claims or defenses.

## 7. OTHER MATTERS

The parties state there are no other matters to bring to the attention of the Court. This case is not on appeal from a decision issued on remand from this court

## 8. BRIEFING SCHEDULE

The parties request a briefing schedule one week outside of the standard briefing schedule to account for a large number of cases where answers were filed on the same day.

    **A.**    **Plaintiff's Opening Brief Due:**    **January 14, 2014**

    **B.**    **Defendant's Response Brief Due:**    **February 13, 2014**

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**    **February 28, 2014**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    Plaintiff's Statement:  Plaintiff does not request oral argument.

    B.    Defendant's Statement: Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>21st</u> day of November, 2013.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Michael W. Seckar
Michael W. Seckar
402 West 12th Street
Pueblo, Colorado 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
Office of the General Counsel, SSA
1961 Stout Street, 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov
Attorneys for Defendant.